KELLEY DRYE & WARREN LLP
  Lauri A. Mazzuchetti (*pro hac vice*)
  Elizabeth D. Silver (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
esilver@kelleydrye.com

KELLEY DRYE & WARREN LLP
  Lee S. Brenner (State Bar No. 180235)
  Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:   (310) 712-6100
Facsimile:   (310) 712-6199
lbrenner@kelleydrye.com
clee@kelleydrye.com

Attorneys for Defendants Essendant Inc.,
(f/k/a United Stationers Inc.), Essendant Co.
(f/k/a United Stationers Supply Co.), and
Lagasse, LLC (now known as Essendant Co.)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Craftwood II, Inc., a California corporation, dba Bay Hardware; Craftwood Lumber Company, an Illinois corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>United Stationers Inc., a Delaware corporation, dba Essendant and Essend∧nt; United Stationers Supply Co., an Illinois corporation, dba Essendant and Essend∧nt; Lagasse LLC, an Illinois corporation, dba LagasseSweet, Essendant and Essend∧nt,<br><br>　　　　　　　Defendants. | No. SACV 8:15-cv-00704-JLS-DFM<br><br>Hon. Josephine L. Staton<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE RE: REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY ACTION**<br><br>[*Reply and Supp. Notice of Non-Published Authorities filed concurrently herewith*]<br><br>Date:　　　September 11, 2015<br>Time:　　　2:30 p.m.<br>Courtroom:　10A |

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Essendant Inc. (f/k/a United Stationers Inc.), Essendant Co. (f/k/a United Stationers Supply Co.), and Lagasse, LLC (now known as Essendant Co.) (collectively, "Defendants") hereby requests that this Court take judicial notice of the following order by the Federal Communications Commission ("FCC"):

FCC Order, *Petitions for Declaratory Ruling and Retroactive Waiver of 47 C.F.R. § 64.1200(a)(4)(iv) Regarding the Commission's Opt-Out Notice Requirement for Faxes Sent with the Recipient's Prior Express Permission*, dated Aug. 28, 2015 (**Ex. A**.) (the "August 28, 2015 Order").

**I.**

**THE COURT SHOULD TAKE JUDICIAL NOTICE OF THE DOCUMENTS ADMINISTERED BY OR FILED WITH THE FCC**

Federal Rule of Evidence 201 permits courts to take judicial notice of matters that "can be accurately verified and readily determined from sources whose accuracy cannot be reasonably questioned." FRE 201. Documents that "are administered by[,] or publicly filed with[,][an] administrative agency" are properly subject to judicial notice under Rule 201. *Tovar v. Midland Credit Mgmt.*, No. 10cv2600 MMA (MDD), 2011 WL 1431988, at *2 (S.D. Cal. 2011) (taking judicial notice of FCC orders, FCC notices, and FCC filings under FRE 201); *Lyons v. Coxcom, Inc.*, 718 F. Supp. 2d 1232, 1237 (S.D. Cal. 2009) (taking judicial notice of FCC's order). Similarly, judicial notice may also be taken of official acts of the legislative, executive, or judicial branch of the United States government, including court records. *See Bryant v. Carleson*, 444 F.2d 353, 357 (9th Cir. 1971) (taking judicial notice of various court actions).

Defendants request judicial notice of the August 28, 2015 Order. This document has been issued by a public agency, the FCC, and is therefore a matter of

public record.  Accordingly, the existence and authenticity of this public record is beyond dispute and therefore properly the subject of judicial notice.

     Therefore, Defendants respectfully requests that this Court grant their Supplemental Request for Judicial Notice.

DATED:  August 28, 2015        KELLEY DRYE & WARREN LLP
Lauri A. Mazzuchetti
Elizabeth D. Silver
Lee S. Brenner
Catherine D. Lee

By  */s/ Lauri A. Mazzuchetti*
    Lauri A. Mazzuchetti
Attorneys for Defendants Essendant Inc., (f/k/a United Stationers Inc.), Essendant Co. (f/k/a United Stationers Supply Co.), and Lagasse. LLC (now known as Essendant Co.)