**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice*)
  Elizabeth D. Silver (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile:  (973) 503-5950
lmazzuchetti@kelleydrye.com
esilver@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
  Lee S. Brenner (State Bar No. 180235)
  Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Blvd., 23rd Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:  (310) 712-6199
lbrenner@kelleydrye.com
clee@kelleydrye.com

Attorneys for Defendants Essendant Inc.,
(f/k/a United Stationers Inc.), Essendant Co.
(f/k/a United Stationers Supply Co.), and
Lagasse, LLC (now known as Essendant Co.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

Craftwood II, Inc., a California corporation, dba Bay Hardware; Craftwood Lumber Company, an Illinois corporation,

                    Plaintiffs,

          v.

United Stationers Inc., a Delaware corporation, dba Essendant and Essend∧nt; United Stationers Supply Co., an Illinois corporation, dba Essendant and Essend∧nt; Lagasse LLC, an Illinois corporation, dba LagasseSweet, Essendant and Essend∧nt,

                    Defendants.

No.  SACV 8:15-cv-00704-JLS-DFM

Hon. Josephine L. Staton

**SUPPLEMENTAL NOTICE OF NON-PUBLISHED AUTHORITIES**

[*Reply and RJN filed concurrently herewith*]

Date:          September 11, 2015
Time:          2:30 p.m.
Courtroom:     10A

---

SUPPLEMENTAL NOTICE OF NON-PUBLISHED AUTHORITIES

517497
LA01\LEECA\701635.1

1    **SUPPLEMENTAL NOTICE OF NON-PUBLISHED AUTHORITIES**

2         Attached hereto are copies of non-published authorities that have been cited

3    in the Reply In Support Of Defendants' Motion to Stay Action:

4    •    Ex. 1:  Complaint in *Wolf v. Lyft, Inc.*, ECF No. 1 (N.D. Cal. Mar. 30, 2015);

5    •    Ex. 2:  Offer of Judgment in *Wolf v. Lyft, Inc.*, ECF No. 31-1 (N.D. Cal. June

6         26, 2015);

7    •    Ex. 3:  *Flores v. Collection Consultants of Cal.*, 8:14-cv-00771-DOC-RNB,
         ECF No. 45 (C.D. Cal. July 27, 2015);
8

9    •    Ex. 4:  *Hillson v. Kelly Servs.*, No. 2:15-CV-10803-LJM-APP, ECF No. 29
         (E.D. Mich. July 15, 2015);
10

11   •    Ex. 5:  *Simon, DC v. Radnet Mgmt., Inc.*, No. 2:14-cv-07997-BRO-PJW, ECF
         No. 39, (C.D. Cal. May 14, 2015).
12

13
     DATED: August 28, 2015              KELLEY DRYE & WARREN LLP
14                                           Lauri A. Mazzuchetti
                                             Lee S. Brenner
15                                           Elizabeth D. Silver
                                             Catherine D. Lee
16

17
                                        By    /s/ *Lauri A. Mazzuchetti*
18                                            Lauri A. Mazzuchetti
19                                      Attorneys for Defendants Essendant Inc.,
                                        (f/k/a United Stationers Inc.), Essendant Co.
20                                      (f/k/a United Stationers Supply Co.), and
                                        Lagasse, LLC (now known as Essendant Co.)
21

22

23

24

25

26

27

28
                                             1