# EXHIBIT 2

Case 8:15-cv-00704-JLS-DFM   Document 48-2   Filed 08/28/15   Page 2 of 18   Page ID
#:1182
Case4:15-cv-01441-JSW   Document31-1   Filed06/26/15   Page1 of 17

1  MAYER BROWN LLP
   JOHN ZAIMES (SBN 91933)
2    *jzaimes@mayerbrown.com*
   RUTH ZADIKANY (SBN 260288)
3    *rzadikany@mayerbrown.com*
4  350 South Grand Avenue, 25th Floor
   Los Angeles, California  90071-1503
5  Telephone: (213) 229-9500
   Facsimile:  (213) 625-0248
6
7  MAYER BROWN LLP
   Archis A. Parasharami (DC Bar No. 477493)
8  (admitted *pro hac vice*)
     *aparasharami@mayerbrown.com*
9  1999 K Street NW
10 Washington, DC 20006
   Telephone: (202) 263-3000
11 Facsimile: (202) 263-3300

12 Attorneys for Defendant
   LYFT, INC.
13

14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17 EMILY WOLF, on behalf of herself and all        Case No. 4:15-CV-01441-JSW
   others similarly situated,
18                                                  **DECLARATION OF RUTH ZADIKANY
                                                    IN SUPPORT OF LYFT, INC.'S
19                 Plaintiffs,                      NOTICE OF MOTION AND MOTION
                                                    TO DISMISS OR STAY ACTION**
20         vs.
                                                    Date:      July 31, 2015
21 LYFT, INC.,                                      Time:      9:00 a.m.
22                 Defendant.                       Courtroom: 5, 2nd Floor
23
                                                    Honorable Jeffrey S. White
24
                                                    [Notice of Motion and Motion to Dismiss or
25                                                  Stay Action, Memorandum of Points and
                                                    Authorities In Support Thereof, and
26                                                  [Proposed] Order Filed Concurrently
                                                    Herewith]
27

28

   716776469.1
                                      DECLARATION OF RUTH ZADIKANY IN SUPPORT OF LYFT'S
                              MOTION TO DISMISS OR STAY ACTION, CASE NO. 4:15-CV-01441-JSW

                                                                        Exhibit 2-13

Case 8:15-cv-00704-JLS-DFM Document 48-2 Filed 08/28/15 Page 3 of 18 Page ID
#:1183
Case4:15-cv-01441-JSW Document31-1 Filed06/26/15 Page2 of 17

1    I, Ruth Zadikany, hereby declare as follows:

2    1.    I am an attorney licensed to practice law before the courts of the State of

3    California. I am an associate at the law firm of Mayer Brown LLP, and counsel of record for

4    Defendant Lyft, Inc. ("Lyft") in this action. I make this declaration in support of Lyft's Motion to

5    Dismiss or Stay Action. I have personal knowledge of the matters set forth herein, and could and

6    would competently testify thereto if called as a witness.

7    2.    Attached hereto as Exhibit A is a true and correct copy of the Offer of Judgment

8    pursuant to Federal Rule of Civil Procedure 68 that Lyft served on plaintiff Emily Wolf.

9    3.    Attached hereto as Exhibit B is a true and correct copy of an email from Ms.

10    Wolf's counsel, Daniel Hutchinson, declining Lyft's Rule 68 Offer of Judgment.

11    4.    Attached hereto as Exhibit C is a true and correct copy of the full text of Docket

12    Entry Number 118 in *Mey v. Frontier Commc'ns Corp.*, No. 3:13-cv-01191 (D. Conn. May 26,

13    2015).

14    5.    Attached hereto as Exhibit D is a true and correct copy of Docket Number 462, the

15    Court's Order Staying *In re Monitronics Int'l, Inc. Telephone Consumer Protection Act Litig.*,

16    No. 1:13-md-2493 (N.D. W.Va. June 17, 2015).

17    I declare under penalty of perjury under the laws of the State of California that the

18    foregoing is true and correct.

19    Executed on the 26th day of June, 2015, at Los Angeles, California.

20                                        /s/ Ruth Zadikany
                                          Ruth Zadikany
21

22

23

24

25

26

27

28

- 1 -
DECLARATION OF RUTH ZADIKANY IN SUPPORT OF LYFT'S
MOTION TO DISMISS OR STAY ACTION, CASE NO. 4:15-CV-01441-JSW

Exhibit 2-14

# EXHIBIT A

Exhibit 2-15

Case 8:15-cv-00704-JLS-DFM Document 48-2 Filed 08/28/15 Page 5 of 18 Page ID
#:1185
Case4:15-cv-01441-JSW Document31-1 Filed06/26/15 Page4 of 17

1 MAYER BROWN LLP
JOHN ZAIMES (SBN 91933)
2 *jzaimes@mayerbrown.com*
RUTH ZADIKANY (SBN 260288)
3 *rzadikany@mayerbrown.com*
350 South Grand Avenue, 25th Floor
4 Los Angeles, California 90071-1503
Telephone: (213) 229-9500
5 Facsimile: (213) 625-0248
6
7 Attorneys for Defendant
LYFT, INC.
8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 EMILY WOLF, on behalf of herself and all         Case No. 4:15-CV-01441-JSW
others similarly situated,,
13                                                  **DEFENDANT LYFT, INC.'S OFFER OF**
Plaintiffs,                        **JUDGMENT**
14
15       vs.                                        Judge: Hon. Jeffrey S. White

16 LYFT, INC.,                                      Complaint filed: March 30, 2015

17               Defendant

18

19

20

21

22

23

24

25

26

27

28

EXH. A 000002

Case 8:15-cv-00704-JLS-DFM   Document 48-2   Filed 08/28/15   Page 6 of 18   Page ID
#:1186
Case4:15-cv-01441-JSW   Document31-1   Filed06/26/15   Page5 of 17

1        Pursuant to Federal Rule of Civil Procedure 68, Defendant Lyft, Inc. ("Lyft") hereby

2    offers to allow judgment to be entered against it in this action in the amount of $1,503 for each

3    SMS text message that plaintiff Emily Wolf allegedly received from or on behalf of Lyft, and to

4    pay Wolf any costs that are recoverable in this action, as determined by the Court.

5        Specifically, this offer of judgment includes $1,503 per SMS text message ($501 trebled)

6    that Wolf has requested as statutory damages for alleged violation of the Telephone Consumer

7    Protection Act ("TCPA").  Wolf has alleged that she received one SMS text message to her

8    cellular phone number in January 2015.  Lyft will pay Wolf $1,503 for that message.

9        Lyft further offers to pay for any and all reasonable costs allowable under law incurred by

10   Wolf as of the date of this offer.  Wolf must file a bill of costs pursuant to 28 U.S.C. § 1920

11   pursuant to Local Rule 54.1 to recover such costs.

12       Although Wolf's complaint requests attorneys' fees, it is well established that attorneys'

13   fees are not recoverable under the TCPA..

14       In addition, Lyft will pay Wolf pre-judgment interest, to the extent authorized by law,

15   from the time the case was filed through the time of entry of Judgment.  Pre-judgment interest

16   shall be calculated according to the rate set forth pursuant to 28 U.S.C. § 1961, at the time of

17   entry of Judgment.  Lyft will also pay Wolf post-judgment interest, to the extent authorized by

18   law, from the time of entry of Judgment, through the time when Lyft deposits with the Court its

19   total payment, or otherwise proffers that total payment to Wolf.  Post-judgment interest will be

20   calculated according to the rate set forth pursuant to 28 U.S.C. § 1961, at the time of entry of

21   Judgment.

22       The payments described in this Offer of Judgment constitute the total payment from Lyft

23   to Wolf for all damages and costs accrued as of the date of service of this Offer of Judgment, as

24   well as prejudgment and postjudgment interest.

25       Lyft further offers to stipulate to having the Court enter an injunction barring Lyft from

26   sending SMS text messages to Wolf in the future unless Wolf provides prior express written

27   consent to send such messages.

28       This offer is intended to fully satisfy Wolf's individual claims asserted in this action or

- 1
OFFER OF JUDGMENT,          NO. 4:15-CV-01441-JSW

EXH. A 000003

Exhibit 2-17

1   which could have been asserted in this action.

2       Pursuant to Federal Rule of Civil Procedure 68, this offer of judgment is made at least

3   fourteen days before the date set for trial. This offer shall be deemed withdrawn unless written

4   notice of acceptance is received within fourteen days of service. This offer of judgment is made

5   for purposes of Rule 68 only and shall not constitute or otherwise be construed as an admission of

6   liability in any respect.

7

8   Dated: June 9, 2015                              MAYER        WN

9

10                                          By:
                                                J
11
                                                        for
12                                          L       C.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXH. A 000004
716265959.4                                OFFER OF

Exhibit 2-18

Case 8:15-cv-00704-JLS-DFM   Document 48-2   Filed 08/28/15   Page 8 of 18   Page ID
#:1188
Case4:15-cv-01441-JSW   Document31-1   Filed06/26/15   Page7 of 17

**PROOF OF SERVICE**

1

2    I, Hae Jung Park, declare:

3    I am employed in Los Angeles County, California. I am over the age of eighteen years

4    and not a party to the within-entitled action. My business address is Mayer Brown LLP, 350

5    South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On June 9, 2015, I

6    served a copy of the within document(s):

7    **DEFENDANT LYFT, INC.'S OFFER OF JUDGMENT**

8        by placing the document(s) listed above in a sealed envelope with postage thereon
     fully prepaid, in the **United States mail** at Los Angeles, California addressed as set
9    forth below. I am readily familiar with the firm's practice of collection and
     processing correspondence for mailing. Under that practice it would be deposited
10   with the U.S. Postal Service on that same day with postage thereon fully prepaid in
     the ordinary course of business. I am aware that on motion of the party served,
11   service is presumed invalid if postal cancellation date or postage meter date is more
     than one day after date of deposit for mailing in affidavit.
12

13   *Please see attached service list.*

14   I declare that I am employed in the office of a member of the bar of this court at whose

15   direction the service was made.

16   I declare under penalty of perjury under the laws of the United States of America that the

17   above is true and correct.

18   Executed on June 9, 2015, at Los Angeles, California.

19

20                                                Jung Park

21

22

23

24

25

26

27

28

EXH. A 000005
PROOF OF SERVICE, CASE NO. 4:15-CV-01441-JSW

700573121

Exhibit 2-19

Case 8:15-cv-00704-JLS-DFM   Document 48-2   Filed 08/28/15   Page 9 of 18   Page ID
#:1189
Case4:15-cv-01441-JSW   Document31-1   Filed06/26/15   Page8 of 17

1 **SERVICE LIST**

2

3    Jonathan D. Selbin                              *Attorneys for Plaintiff*
     Lieff Cabraser Heimann & Bernstein, LLP        *Emily Wolf*
4    250 Hudson Street, 8th Floor
     New York, NY 10013
5    Tel.: (212) 355-9500
     Fax: (212) 355-9592
6    Email:    *jselbin@lchb.com*

7    Daniel M. Hutchinson
     Lieff Cabraser Heimann & Bernstein, LLP
8    275 Battery Street, 29th Floor
9    San Francisco, CA 94111-3339
     Tel.: (415) 956-1000
10   Fax: (415) 956-1008
     Email:    *dhutchinson@lchb.com*
11

12   John T. Spragens *(pro hac vice)*
     Lieff Cabraser Heimann & Bernstein, LLP
13   One Nashville Place
     150 4th Avenue North, Suite 1650
14   Nashville, TN 37219
     Tel.: (615) 313-9000
15   Fax: (615) 313-9965
     Email:    *jspragens@lchb.com*
16

17   Matthew R. Wilson
     Michael J. Boyle, Jr.
18   Meyer Wilson Co., LPA
     1320 Dublin Road, Suite 100
19   Columbus, Ohio 43215
     Tel.: (614) 224-6000
20   Fax: (614) 224-6066
21   Email:    *mwilson@meyerwilson.com*
                *mboyle@meyerwilson.com*
22

23

24

25

26

27

28

EXH. A 000006
                                            PROOF OF SERVICE, CASE NO. 4:15-CV-01441-JSW

                                            Exhibit 2-20

Case 8:15-cv-00704-JLS-DFM   Document 48-2   Filed 08/28/15   Page 10 of 18   Page ID
#:1190
Case4:15-cv-01441-JSW   Document31-1   Filed06/26/15   Page9 of 17

# EXHIBIT B

Exhibit 2-21

Case 8:15-cv-00704-JLS-DFM  Document 48-2  Filed 08/28/15  Page 11 of 18  Page ID
#:1191
Case4:15-cv-01441-JSW  Document31-1  Filed06/26/15  Page10 of 17

## Zaimes, John

| | |
|---|---|
| **From:** | Hutchinson, Daniel M. [dhutchinson@lchb.com] |
| **Sent:** | Friday, June 19, 2015 1:26 PM |
| **To:** | Zaimes, John; Parasharami, Archis A.; Zadikany, Ruth |
| **Cc:** | Park, Hae Jung; Selbin, Jonathan D.; Spragens, John T.; mwilson@meyerwilson.com; mboyle@meyerwilson.com |
| **Subject:** | RE: Wolf v. Lyft - Offer of Judgment [MB-AME.FID1337279] |

Good afternoon counsel

As we confirmed in our meet and confers on June 15 and today, Plaintiff declines Lyft's offer of judgment

Best regards,

**Daniel M. Hutchinson**
dhutchinson@lchb.com
t 415.956.1000
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

Sent on behalf of John Zaimes

Thank you

🌿 Please consider the environment before printing this e-mail. If you need to print it, please consider printing it double-sided. Thank you.

---

EXH. B 000007

Exhibit 2-22

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

EXH. B 000008

Exhibit 2-23

Case 8:15-cv-00704-JLS-DFM   Document 48-2   Filed 08/28/15   Page 13 of 18   Page ID
#:1193
Case4:15-cv-01441-JSW   Document31-1   Filed06/26/15   Page12 of 17

# EXHIBIT C

Exhibit 2-24

SDSD District Version 4.3 Person Address
Case 8:15-cv-00704-JLS-DFM Document 48-2 Filed 08/28/15 Page 14 of 18 Page ID #:1194
Case4:15-cv-01441-JSW Document31-4 Filed06/26/15 Page13 of 17

**Full docket text for document 118:**

ORDER. As discussed during the telephonic status conference today, the parties shall file a joint status report on or before **June 3, 2015,** briefly indicating: (1) the progress of discovery so far, and (2) each party's proposal for conducting discovery with respect to Five9 and, if necessary, Virido. As indicated on the call, the Court intends to issue an order staying or administratively closing this case, but will allow discovery to proceed as Five9 and, if necessary, Virido.
Signed by Judge Michael P. Shea on 5/26/15.(Bradley, K.)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/26/2015 14:54:34 | | | |
| **PACER Login:** | mb0274:2592731:0 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 3:13-cv-01191-MPS |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

EXH. C 000009

Exhibit 2-25

Case 8:15-cv-00704-JLS-DFM   Document 48-2   Filed 08/28/15   Page 15 of 18   Page ID
#:1195
Case4:15-cv-01441-JSW   Document31-1   Filed06/26/15   Page14 of 17

# EXHIBIT D

Exhibit 2-26

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

MDL NO. 1:13MD2493

--------------------------

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER STAYING CASE

On May 29, 2015, the defendants, Monitronics International,
Inc., Versatile Marketing Solutions, Inc., Alliance Security, Inc.,
ISI Alarms NC, Inc., UTC Fire and Security Americas Corporation,
Inc., and Honeywell International, Inc. ("the defendants"), filed
a motion to stay the case pending the rulings of the Supreme Court
of the United States in Campbell-Ewald Co. v. Gomez, 768 F.3d 871,
875 (9th Cir. 2014), cert. granted No. 14-857, 2015 WL 246885, at
*1 (May 18, 2015), and Robins v. Spokeo, 742 F.3d 409 (9th Cir.
2014), cert. granted No. 13-1339, 2015 WL 1879778, at *1 (Apr. 27,
2015) (Dkt. No. 419).  On June 8, 2015, the plaintiffs responded,
opposing the motion to stay (Dkt. No. 435), and on June 12, 2015,
the defendants filed a reply (Dkt. No. 455).

On June 15, 2015, the parties jointly filed a proposed
stipulation in which they stipulated to a stay of proceedings
pending the Supreme Court's decisions in Campbell-Ewald and Spokeo,
with certain exceptions (Dkt. No. 457).  For good cause shown, the

EXH. D 000010

Exhibit 2-27

IN RE MONITRONICS                                    1:13MD2493
THIS DOCUMENT RELATES TO ALL CASES

<u>ORDER STAYING CASE</u>

Court **ADOPTS** the proposed stipulation (Dkt. No. 457), **STAYS** the MDL

until the Supreme Court decides or otherwise disposes of <u>Campbell-</u>

<u>Ewald</u> and <u>Spokeo</u>, and **DENIES AS MOOT** the pending motion to stay

filed by the defendants (Dkt. No. 419). The stay is subject to the

exceptions outlined in the parties' proposed stipulation (Dkt. No.

457), and in no way affects the Court's power to approve any

proposed settlements and enter judgments.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order

to counsel of record and to the <u>pro</u> <u>se</u> plaintiffs by certified

mail, return receipt requested.

DATED:  June 17, 2015.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

2

EXH. D 000011

Exhibit 2-28

7014 2870 0001 0202 5755

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7014 2870 0001 0202 5755
7014 2870 0001 0202 5755

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211
1:13md2493 462 (ALL CASES)

Postage $

PS Form 3800, July 2014          See Reverse for Instructions

EXH. D 000012

Exhibit 2-29